**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1515**

JAMAL A. AZEEZ,

                    Plaintiff – Appellant,

          v.

KRISTEN L. KELLER, Assistant Prosecuting Attorney; LAWRENCE
FRAIL, Chief Prosecuting Attorney; BRUCE K. LAZENBY, Former
Prosecuting Attorney; FRANCIS M. CURNUTTE, III, Attorney at
Law; CEDRIC ROBERTSON, Police Officer; DAVID H. COOK,
Police Officer; BILLY COLE, Chief of Police; JOHN
HUTCHINSON, County Judge; JANICE B. DAVIS, Clerk of Court,

                    Defendants – Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.   Irene C. Berger,
District Judge. (5:06-cv-00106)

Submitted:  December 1, 2010          Decided:  January 25, 2011

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jamal A. Azeez, Appellant Pro Se. Kevin John Robinson, Chip E.
Williams, PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC, Beckley,
West Virginia; Francis M. Curnutte, III, FARMER, CLINE &
CAMPBELL, PLLC, Charleston, West Virginia; John Michael Hedges,
Teresa Jean Lyons, BYRNE, HEDGES & LYONS, Morgantown, West
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamal A. Azeez seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying his motion for expungement of criminal records. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Azeez seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Azeez's motions to expedite and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3